```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   SYLINIA JACKSON,                                           :
                           Plaintiff,                         :
                                                              :          23 Civ. 1655 (LGS)
              -against-                                       :
                                                              :                 ORDER
   RC SUPERSTORE, INC.,                                       :
                           Defendant.                         :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 19, 2023.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 19, 2023, initial pretrial conference is **CANCELLED**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties would like a referral for settlement discussions before a United States Magistrate Judge or a mediator in the Southern District of New York mediation program, they shall file a joint letter on ECF requesting such a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 4, 2023
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE