UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYLINIA JACKSON,

                             Plaintiff,

            -against-

RC SUPERSTORE, INC.,

                            Defendant.
------------------------------------------------------------X

23 Civ. 1655 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed more than forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot, and all conferences are **CANCELED.**

Dated: April 14, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**